# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### DOCKET NO. 3:09-cv-83-FDW

| | |
|---|---|
| DEBORAH LEIGHTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| MECKLENBURG COUNTY AREA ) | |
| MENTAL HEALTH AUTHORITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER comes before the Court upon receipt of a Report of Mediation, advising the Court that the case has settled completely (Doc. No. 7). Therefore, this matter is DISMISSED subject to the right of either party to file a motion to reopen the case should settlement not be consummated within thirty (30) days hereof. The parties are directed to file their Stipulation of Dismissal on or before **June 29, 2009**.

IT IS SO ORDERED.   Signed: May 27, 2009

Frank D. Whitney
United States District Judge